IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK POTTER t/a REFLECTIONS | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF CHESTER, et al. | : | No. 12-2058 |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 9th day of November, 2012, upon careful consideration of Defendants' Motions to Dismiss Plaintiff's Complaint and Amended Complaint (ECF Nos. 13 & 20), pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED that moving Defendants' Motions to Dismiss are GRANTED and all claims against them are DISMISSED with prejudice.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-2058 potter v. cty of chester\Order 11.9.12.wpd